ACCEPTED
01-15-00669-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/18/2015 4:05:28 PM
CHRISTOPHER PRINE
CLERK

## 01-15-00668-CR and 01-15-00669-CR

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE 262ND DISTRICT COURT** |
| | § | |
| **VS.** | § | |
| | § | |
| **ROBERT LEE TINSLEY** | § | **OF HARRIS COUNTY, TEXAS** |

1st COURT OF APPEALS
HOUSTON, TEXAS
12/18/2015 4:05:28 PM
CHRISTOPHER A. PRINE
Clerk

## SECOND MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUDGES OF THE COURT OF APPEALS, FIRST SUPREME JUDICIAL DISTRICT:**

**COMES NOW, ROBERT LEE TINSLEY**, a party desiring to appeal to this Court as Appellant and requests that pursuant to Tex. R. A. P. 38.6(d) and 10.5(b) this Court extend the time by thirty (30) days in which to file Appellant's Brief in this cause. In support thereof Appellant would show:

1. The trial Court where the case is pending is the 262nd District Court of Harris County, Texas.

2. The cause numbers and styles of the cases in the trial court are 145,3002 and 145,3003 styled, The State of Texas vs. Robert Lee Tinsley, IV.

3. On July 29, 2015, a jury found Appellant guilty for the offenses of Aggravated Sexual Assault of a Child - Under 14, as charged in the indictments.

4. Afterwards, the Jury sentenced Appellant to 18 years confinement in the Texas Department of Criminal Justice, Institutional Division (in cause number 145,3002) and 10 years confinement (in cause number 145,3003) to run concurrently.

5. Appellant filed a Notice of Appeal with prior counsel, who withdrew, and

afterwards the undersigned was appointed to represent Appellant on September 10, 2015.

6. No Motion for New Trial was filed.

7. The deadline for filing the Appellant's Brief is now December 21, 2015.

8. There has been one (1) previous extension to file Appellant's Brief.

9. A fifteen (15) day extension is sought at this time.

10. The following facts show good cause for the granting of the Motion to Extend Time to File Appellant's Brief. I am currently managing a heavy litigation docket of both criminal and civil cases and I am handling numerous other legal matters, at this time. I have been dealing with comprehensive discovery issues on a federal trade secret case in Ohio and, at the same time, preparing for numerous trial settings. Additionally, I am finishing up another brief due before the holiday which I plan on filing before Christmas. Under the circumstances, I simply need more time to review the record and prepare my brief in this case. Accordingly, an extension is being respectfully requested at this time.

**WHEREFORE PREMISES CONSIDERED,** Appellant prays that the Court grant this Motion for extension to file the Appellant's Brief. The undersigned attorney, Mark A. Rubal, appearing before a notary public and being duly sworn, on his oath states the facts contained in the above numbered Paragraphs are within his personal knowledge and are true and correct.

Respectfully submitted,

/s/ *Mark A. Rubal*

Mark A. Rubal
SBN 17360325
15150 Middlebrook Drive
Houston, Texas  77058
(281) 286-2222   Telephone
(281) 488-4597   Telefax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was served upon the Harris County District Attorney's Office, pursuant to the local rules.

/s/ *Mark A. Rubal*

Mark A. Rubal

**Via Facsimile (713) 755-5809**
Harris County District Attorney's Office
Appellate Division
1201 Franklin Street, Suite 600
Houston, Texas 77002-1923
**Counsel for The State of Texas**

**THE STATE OF TEXAS** §
§
**COUNTY OF HARRIS** §


Before me, the undersigned authority, on this day personally appeared Mark A. Rubal, who upon his oath did state:

"I have prepared and read the foregoing Motion to Extend Time For Filing Appellant's Brief, and I state that the facts set forth in such motion are true and correct, and that the Motion is not being sought for purposes of delay."

_____
Mark A. Rubal, Affiant


Subscribed and sworn before me on this the 18th day of __December__, 2015, by the Affiant Mark A. Rubal.


Colette Wiltshire
My Commission Expires
11/22/2019

_____
Notary Public in and for the
State of T E X A S